my account | my order status | help | my wishlist | my cart

home   women   men   girls   boys   juniors   bags & more   brands   sale

**Sale Extended!** today only **Extra 25% Off All Sale Shoes** promo code **25sale**

Welcome to shoes.com, where you will always find the best collection of women's shoes, men's shoes and kids' shoes. We are committed to offering an exceptional selection of the hottest boots, sandals and shoe styles from all the must-have brands.

29 items matched your search for ASPEN

Womens
Girls
Bags

Clear Keyword
**ASPEN**

29 style(s) found

Athletic
Boots
Casual
Dress
Juniors
Wedding

» View All Women's ASPEN

Big Buddha
Franco Sarto
MIA
Natural Sport
Timberland
Touch Ups by Benjamin
Walk
Tretorn
TUSK LTD

Natural Sport
Women's Aspen
White
$90.00

Natural Sport
Women's Aspen
Black
$90.00

30% OFF
Franco Sarto
Women's Aspen
Sand Suede
$132.30
was $189.00, save $56.70

30% OFF
Franco Sarto
Women's Aspen
Black Suede
$132.30
was $189.00, save $56.70

Sale Items

» View All Girls' ASPEN

Timberland
Kids' Winterberry Tall Grd
Black
$77.00

Timberland
Kids' Winterberry Tall Grd
Wheat
$77.00


Exhibit No. B

Email Address

By entering my email address, I certify that the information I am providing is accurate and that I am at least 18 years of age.

It's easy to tag your favorites.
» get started
1-888-233-6743

shipping & returns
secure shopping
international shipping
affiliates

customer service
about shoes.com
privacy policy
site map

sign up
view cart
wish list
track my order

group sales    press room    help    © 2010 Shoes.com, Inc. a subsidiary of Brown
               shoe university
                              Shoe Company (NYSE:BWS)